UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES V. KELLY; CRESCENT BAR CONDOMINIUM MASTER ASSOC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PUBLIC UTILITY DISTRICT NO. 2., et al., <br><br> Defendants. | NO. CV-11-023-JLQ <br><br> **ORDER GRANTING MOTION TO DISMISS FORMER CRESCENT BAR RECREATIONAL VEHICLE HOMEOWNERS ASSOCIATION** |

BEFORE THE COURT is Plaintiff Crescent Bar Recreational Vehicle Homeowners Association's (UBI No. 601142273) Motion for Dismissal of its Action (ECF No. 61) without prejudice.

Plaintiff's counsel learned after the filing of the Defendants' Answers that the Crescent Bar Recreational Vehicle Homeowners Association having UBI No. 601142273 had been administratively dissolved just prior to the filing of suit, effective January 2, 2008. Since then, the members of the association formed a new Washington nonprofit corporation under the same name which was given a different UBI number. It is the court's understanding that following the dismissal of the former entity, Plaintiffs intend to move to substitute the newly formed corporate entity with the same name, but different UBI number. No opposition to the present motion has been filed.

///
///
///
///
///

ORDER - 1

Accordingly, Crescent Bar Recreational Vehicle Homeowner's Association's Motion to Dismiss (ECF No. 61) is **GRANTED**. The Clerk this court shall enter judgment of dismissal without prejudice of the claims in the Complaint lodged by the Crescent Bar Recreational Vehicle Homeowner's Association, UBI No. 601142273.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and judgment and furnish copies to counsel.

**DATED** this 7th day of July, 2011.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE