# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES V. KELLY, et al,

        Plantiffs,

v.

PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-023-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Crescent Bar Recreational Vehicle Homeowner's Association's Motion to Dismiss (ECF No. 61) is GRANTED. Judgment of dismissal without prejudice of the claims in the Complaint lodged by the Crescent Bar Recreational Vehicle Homeowner's Association, UBI No. 601142273, shall be entered.

July 7, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer